DAVID FAUSTMAN (State Bar No. 81862)
FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone:  (415) 364-5540
Facsimile:  (415) 391-4436
Email:  dfaustman@foxrothschild.com

JS-6

Attorneys for Defendant
Ahern Rentals, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL KEEKU,<br><br>           Plaintiff,<br><br>     v.<br><br>AHERN RENTALS, INC.<br><br>           Defendants. | Case No. 2:08-CV-3486-JFW (JCx)<br><br>**STIPULATION AND ORDER FOR DISMISSAL *WITH PREJUDICE*** |

The parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear its own attorneys' fees and costs except as otherwise provided in the parties' Confidential Settlement Agreement and General Release of all claims ("Confidential Settlement Agreement").

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own attorneys' fees and costs except as otherwise provided in the parties' Confidential Settlement Agreement.

**IT IS SO ORDERED.**

DATED: March 17, 2009                    _____
                                         UNITED STATES DISTRICT COURT JUDGE

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

1

STIPULATION AND ORDER FOR DISMISSAL *WITH PREJUDICE*    CASE NO: 2:08-CV-3486-JFW (JCx)

VG1 9278v1 03/17/09